**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BURBERRY LIMITED,

    Plaintiff,

v.                                                                       CASE NO: 8:07-cv-431-T-26TBM

HESHAM BARAKAT and TECH
TRADERS,

    Defendants.

_____/

## O R D E R

Upon due consideration of Plaintiff's submissions, it is ordered and adjudged as follows:

1) Plaintiff's Motion for Award of Attorney's Fees and Costs (Dkt. 19) is granted in part and denied in part.

2) Plaintiff is awarded reasonable attorney's fees in the sum of $27,005.00.

3) The Clerk by separate document is entering a bill of costs in the total sum of $405.00 ($350.00 for the clerk's filing fee and $55.00 for service of summons) which represents the only taxable costs allowable by statute.

4) The Clerk is directed to enter judgment against Defendants in the sum of $27,005.00.

**DONE AND ORDERED** at Tampa, Florida, on July 10, 2007.


                         s/*Richard A. Lazzara*
                        **RICHARD A. LAZZARA**
                        **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record